JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANFORD IRONIO FERNANDES,<br>Petitioner,<br>v.<br>WARDEN/ADMINISTRATOR et al.,<br>Respondents. | Case No. 5:26-cv-05899-SB-SSC<br><br>FINAL JUDGMENT |

For the reasons stated in the separate order entered this date, Petitioner Sanford Ironio Fernandes's petition for a writ of habeas corpus and ex parte application for a temporary restraining order are denied. Petitioner's medical-care claim is dismissed without prejudice to his pursuing the claim in a separate civil action.

This is a final judgment.

Date: November 25, 2026

Stanley Blumenfeld, Jr.
United States District Judge